| Probation Form 22 | United States District Court | DOCKET NUMBER (Transfer Court) |
| (REV. MAR 05) | Federal Probation System | 7:11-MJ-1122-1 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) 4:13CR00006 JCH |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Zachary Alfred Levison | EASTERN NORTH CAROLINA | |
| | NAME OF SENTENCING JUDGE | |
| | Robert B. Jones, Jr. | |

| DATES OF SUPERVISION → | FROM 02/29/2012 | TO 02-28-2013 |

**OFFENSE**
Larceny of Personal Property, 18 USC § 661

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Missouri upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

November 27, 2012
Date

[signature] Robert Jones
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

December 14, 2012
Effective date

[signature]
United States District Judge

FILED
JAN 16 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK